UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 1 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States; et al., <br><br> Defendants-Appellants. | No. 18-17274 <br> 18-17436 <br><br> D.C. No. 3:18-cv-06810-JST <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The January 31, 2019 motion to consolidate and issue a briefing schedule (Docket Entry. No. 17 in 18-17274) is granted. The abeyance in these appeals is lifted.

Appeal Nos. 18-17274 and 18-17436 are consolidated.

The consolidated opening brief is due March 1, 2019. The consolidated answering brief is due March 29, 2019. The optional consolidated reply brief is due within 21 days after service of the consolidated answering brief.

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

AC/MOATT

Upon the completion of briefing, the Clerk shall place these appeals on the next available calendar.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7